MORRIS NELSON et al., as Surviving Partners of the Firm of VEIT & NELSON, Respondents, *v.* MAURICE VEIT et al., Appellants.

*Nelson* v. *Veit,* 130 App. Div. 880, affirmed.
(Argued April 6, 1910; decided April 26, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

February 1, 1909, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court in an action to recover money had and received.

*George L. Shearer* for appellants.

*M. S. Guiterman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.